FILED

## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2010 JAN -5 | A || : 19

CLER...

TERRI COREY,

    Plaintiff,

v.

CONSUMER PORTFOLIO SERVICES, INC.

    Defendant.

_____/

CASE NO.

3:10-cv-11-J-25JRK

## COMPLAINT

COMES NOW the Plaintiff, TERRI COREY ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, CONSUMER PORTFOLIO SERVICES, INC., alleges and affirmatively states as follows:

### INTRODUCTION

1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.    Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5.    Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6.      Plaintiff is a natural person who resides in Jacksonville, Duval County, Florida.

7.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in Irvine, Orange County, California.

10.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.     Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt, that Plaintiff does not owe.

12.     Defendant contacted Plaintiff at 904-713-8929.

13.     Plaintiff told Defendant that she does not owe the alleged debt, and that Defendant should stop calling her.

14.     Despite the aforementioned, Defendant continued to place calls to Plaintiff.

15.     Defendant failed to disclose in subsequent communications that the communications were from a debt collector.

16.     Defendant asked Plaintiff to set up a payment, so she can help to pay her son's debt. (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

      a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

      b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

      c.  Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does not owe the money Defendant is attempting to collect.

      d.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

      e.  Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount that is not authorized by the agreement or permitted by law because Plaintiff does not owe the money Defendant is attempting to collect.

**WHEREFORE,** Plaintiff, TERRI COREY respectfully prays that judgment be entered against the Defendant, CONSUMER PORTFOLIO SERVICES, INC. for the following:

18.     Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

19.     Actual damages.

20.     Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

21.     Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

22.     Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By:  ___/s/Matthew Kiverts__
Matthew Kiverts
Krohn & Moss, Ltd
120 W Madison St, 10th Floor
Chicago, IL 60602
Phone:  (312) 578-9428 ext. 203
Fax:     (866) 431-5576
Attorney for Plaintiff
FBN: 0013143

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, TERRI COREY, hereby demands trial by jury in this action.

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, TERRI COREY, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TERRI COREY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 12/04/09

TERRI COREY
Plaintiff

VERIFIED COMPLAINT                                                                 5

# **EXHIBIT A**

TO WHOM THIS MAY CONCERN

I TERRI COREY,HAVE RECIEVED SERVERAL HARRASING CALLS THREATENING
CALLS,DEMANDING INFORMATION FROM C.P.S STARTING 11/07 REGARDING FRED
MCGAULEY, SERVERAL MESSAGES HAVE BEEN TAKEN FOR THE COMPANY .CPS WAS
ADVISED SERVERAL TIMES TO STOP CALLING FRED MCGAULEY,HAD RECIEVED ALL
THE MESSAGES.12/08 I RECIEVED A CALL FROM TIM,@ CPS AT THIS TIME ASK
IF THERE WAS ANY TYPE OF ARANGMENT I COULD SET UP ON THE ACCOUNT TO
HELP MY SON OUT WITH HIS PAST DUE TRUCK NOTE OR THIS TRUCK WAS GOING
TO BE PICKED UP THAT DAY I TOLD TIM,I WAS UNEMPLOYED AN COULDN'T HELP.
TIM,GOT UPSET THEN TIM,AT C.P.S.DEMANDED ME TO HAVE FRED
MCGAULEY,CONTACT HIM ABOUT HIS PAST DUE TRUCK THAT DAY.TIM,WAS TOLD TO
STOP CALLING MY RESIDENT BUT THE CALLS CONTINUE SERVERAL TIMES A DAY
FINAL A MONTH LATER AS OF 1/09 THE CALLS STOP.


THANK YOU


09/15/09