UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TERRI COREY,**

    Plaintiff,

v.                                 CASE NO.    3:10-cv-11-J-25JRK

**CONSUMER PORTFOLIO SERVICES, INC.,**

    Defendant.

_____

## O R D E R

    Pursuant to the Notice of Settlement (Dkt. 9), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

    **ORDERED** and **ADJUDGED**:

    1. That this case is hereby **DISMISSED without prejudice**, subject to the right of a party to move the Court, within sixty (60) days hereof, to dismiss the case with prejudice, to enter a stipulated form of Final Order or Judgment; or, to reopen this case for further proceedings, upon a showing of good cause.

    2. The Clerk is directed to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida this 18th day of May, 2010.

**HENRY LEE ADAMS, JR.**
United States District Judge

Copies to: Counsel of Record